# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO (TOLEDO)

| | |
|---|---|
| ASHTON DAWKINS, ) | |
| ) | CIVIL COMPLAINT |
| Plaintiff, ) | |
| ) | Case No. 3:18-CV-2132 |
| v. ) | |
| ) | JUDGE JAMES G. CARR |
| DIVERSIFIED CONSULTANTS, ) | |
| INC. ) | |
| ) | **JURY DEMAND** |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

Now comes Plaintiff and states that this matter has been amicably resolved. A notice of dismissal is expected within thirty days.

Respectfully Submitted,

Dated: October 24, 2018

By: s/ Jonathan Hilton

Jonathan Hilton (0095742)
HILTON PARKER LLC
10400 Blacklick-Eastern Rd, Ste. 110
Pickerington, OH 43147
Tel: (614) 992-2277
Fax: (614) 427-5557
jhilton@hiltonparker.com
www.hiltonparker.com
*Counsel for Plaintiff Ashton Dawkins*

**CERTIFICATE OF SERVICE**

    I, Jonathan Hilton, do hereby certify that this 24th day of October, 2018, I caused service by electronic and first class mail upon the party listed below of the above papers.

    Allison L. Cannizaro
    SESSIONS, FISHMAN, NATHAN & ISRAEL
    3850 N. Causeway Blvd., Suite 200
    Metairie, LA 70002-7227
    Tel: 504.846.7945
    Fax: 504.828.3737
    acannizaro@sessions.legal
    www.sessions.legal
    *Counsel for Defendant Diversified Consultants, Inc.*

                                                  <u>s/ Jonathan Hilton</u>